433 A.2d 108

Commonwealth v. Bumbaugh, Appellant.

 Argued June 11, 1980.
Ellen M. Burgraff, Assistant Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.